UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GEORGE W. ROBINSON, JR. AND**
**DEMETRA PARSONS ROBINSON**

**CIVIL ACTION**

**VERSUS**

**NO.:**

**CITY OF BATON ROUGE, et al.**

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. Section 1441, defendants, City of Baton Rouge, Parish of Baton Rouge, the Planning and Zoning Commission for the City of Baton Rouge and East Baton Rouge Parish, John Joseph Price, individually and as a commissioner of the Planning Commission, Laurie Nelson Marien, individually and as a commissioner of the Planning Commission, Martha Jane Tassin, individually and as a commissioner of the Planning Commission, and Stephen Thomas Perret, individually and as a commissioner of the Planning Commission, remove the case styled *George W. Robinson, Jr. and Demetra Parsons Robinson v. City of Baton Rouge et al.*, bearing Civil Action No. 621,305, Section "25", on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana ("the State Court Proceedings") to the United States District Court for the Middle District of Louisiana on the following grounds:

**I.  SUBJECT MATTER JURISDICTION**

This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§1331 and 1367.

1

A.   **Plaintiffs' Petition Asserts Federal Questions**

**1.**

Petitioners, George W. Robinson, Jr. and Demetra Parsons Robinson, allege in Count Four of their Petition that the actions of Defendants constitute an unconstitutional "taking" of their property without compensation and that they are entitled to recover under 42 U.S.C. §1983 and the Fifth and Fourteenth Amendments of the United States Constitution.[1]

**2.**

In Count Five of their Petition, Petitioners allege that Defendants violated Plaintiffs' right to substantive due process under the Fifth and Fourteenth Amendments of the United States Constitution.[2]

**3.**

Petitioners allege in Count Six of their Petition that Defendants violated Petitioners' right to procedural due process under the Fifth and Fourteenth Amendments of the United States Constitution.[3]

**4.**

Additionally, Petitioners assert in Count Seven of the Petition that based on their claims under 42 U.S.C. §1983 and the United States Constitution, they are entitled to an award of reasonable attorneys' fees under 42 U.S.C. §1988.[4]

---

[1] Petition, paragraphs 47-52.
[2] Petition, paragraphs 53-61.
[3] Petition, paragraphs 62-69.
[4] Petition, paragraphs 70-71.

**B.      This Court Has Supplemental Jurisdiction Over Plaintiffs' State Law Claims**

**5.**

Pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over the Petitioners' state law claims as they form part of the same case or controversy under Article III of the United States Constitution.

## II.    VENUE

**6.**

The State Court Proceedings are pending in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, which is encompassed and embraced by the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. §§1391(b), 1441(a), and 1443, venue in this Court is proper.

## III.   REMOVAL

**7.**

All Defendants were served with the Petition between May 16, 2013 and May 18, 2013. This Notice of Removal is filed in compliance with 28 U.S.C. §1446 and within thirty (30) days of the date that the Defendants received a copy of the Petition.

**8.**

Removal of this entire case is proper under 28 U.S.C. §1441(a) for the following non-exclusive reasons:

    (A)     The civil action is one over which the district court may have original jurisdiction as it is founded on a claim or right arising under the Constitution or laws of the United States.

  (B)  Jurisdiction over the claims and/or causes of action is conferred by 28 U.S.C. §1331.

## IV. THE STATE COURT RECORD

**9.**

Copies of all pleadings filed in the State Court Proceedings are attached hereto, and made part hereof. A list of all known documents included in the state record arranged by order of filing date is as follows:

  (A)  Petition;

  (B)  Citation to Defendants; and

  (C)  Citations with Service Returns.

**10.**

Undersigned counsel herby certifies that the copies attached to this Notice of Removal and the list of documents contained in the paragraph above constitute, to the best of its knowledge, the entire record on file with the Clerk of Court for the Nineteenth Judicial District Court.

**11.**

According to the state record, there are no pending motions and no hearings are scheduled.

V.  **LIST OF PARTIES AND THEIR COUNSEL**

**12.**

A list of all attorneys involved in this case and the parties they represent is as follows:

| Attorneys | Parties |
|---|---|
| F. Scott Kaiser (Bar No. 14411)<br>Randy P. Roussel (Bar No. 14387)<br>Steven J. Levine (Bar No. 14139)<br>Caroline Parenton (Bar. No. 33308)<br>400 Convention St., Suite 1100<br>Post Office Box 4412<br>Baton Rouge, LA 70821-4412<br>(225) 346-0285 | George W. Robinson, Jr. and Demetra Parsons Robinson |
| Kristen Craig (Bar. No. 32565)<br>Sarah Monsour (Bar No. 30957)<br>222 St. Louis Street, Suite 902<br>Post Office Box 1471<br>Baton Rouge, LA 70821<br>(225) 389-3114 | City of Baton Rouge, Parish of East Baton Rouge<br><br>The Planning and Zoning Commission for the City of Baton Rouge, Parish of East Baton Rouge<br><br>John Joseph Price<br>Laurie Nelson Marien<br>Martha Jane Tassin<br>Stephen Thomas Perret |

Undersigned counsel is admitted to practice before this Court.

**WHEREFORE,** Defendants pray that this Notice of Removal be deemed good and sufficient and that the State Court Proceedings be and are removed from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

                **BY ATTORNEYS:**

                **MARY ROPER**
                **PARISH ATTORNEY**

                **/s/ Kristen L. Craig**
                **Kristen L. Craig (Bar Roll #32565) (T.A.)**
                *Assistant Parish Attorney*
                **Sarah S. Monsour (Bar Roll # 30957)**
                *Assistant Parish Attorney*
                P.O. Box 1471
                Baton Rouge, LA  70821
                Tel: (225) 389-3114
                Fax: (225) 389-5554
                Email: kcraig@brgov.com
                Email: smonsour@brgov.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed and served on all counsel of record via the Clerk of Court's CM/ECF system, and by depositing same in the United States mail, properly addressed, first class postage prepaid, this 12th day of June, 2013.

                **/s/ Kristen L. Craig**
                **KRISTEN L. CRAIG**