## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE W. ROBINSON, JR. AND DEMETRA PARSONS ROBINSON** | **CIVIL ACTION NO. 13-CV-00375** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **CITY OF BATON ROUGE AND THE PARISH OF EAST BATON ROUGE, ET AL.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### PLAINTIFFS' AFFIDAVIT OF SETTLEMENT EFFORTS

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned authority, personally came and appeared John Randall Whaley who after being duly sworn, did depose and state as follows:

1.

That he, along with Plaintiffs' previous counsel, appeared at 1:30 p.m. on September 20, 2016 at the settlement conference conducted by Magistrate Judge Bourgeois.

2.

That Plaintiffs made a good faith settlement offer to Defense counsel to resolve this case and that the Defendants' counteroffer was conveyed to the Plaintiffs. The parties were unable to resolve this matter after good-faith attempts.

3.

Further affiant sayeth not.

_____

SWORN TO AND SUBSCRIBED before me, on this ___7___ day of October, 2016, at Baton Rouge, Louisiana.

_____
Benjamin H. Dampf
La. Bar Roll No. 32416
-My commission is for life-