UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**:
October 31, 2016
**DISTRICT JUDGE JOHN W. deGRAVELLES**

GEORGE W. ROBINSON, JR. AND
DEMETRA PARSONS ROBINSON

                                                    CIVIL ACTION

VERSUS

                                                    NO. 13-375-JWD-RLB

CITY OF BATON ROUGE AND THE
PARISH OF EAST BATON ROUGE, ET AL.

      This matter came on this day for a jury trial

      PRESENT:    John R. Whaley
                             Jeffrey Scott Loeb
                             Benjamin Howard Dampf
                             **Counsel for Plaintiffs**

                             Tedrick K. Knightshead,
                             Coutney King Humphrey
                             Alan Gregory Rome
                             Paolo J. Messina
                             **Counsel for the Defendants**

      Prior to the start of the jury trial and outside the presence of the jury, the Court held a status conference to discuss pretrial matters.

      The Court stated for the record that the parties and the Court meet yesterday by telephone and addressed pretrial matters set forth by the parties. The pretrial agenda submitted by the parties shall be filed into the record.

      For oral reasons assigned, the Court will allow the parties to explore why the Planning Commission did what it did.. For the same reasons, the Court also finds that the "Troy Bunch" documents are admissible.

The Defendants re-urge an argument made in their *Daubert* motion / motion in limine: Specifically, the Defendants contend that the Plaintiffs' expert will largely discuss lost profits, so his testimony should be limited or excluded. For oral reasons assigned, the Court finds while evidence of lost profits are clearly not admissible (1) future income potential is relevant in assessing changes in fair market value for the "economic impact" factor of the Penn Central analysis, and (2) potential uses are relevant in determining damages if a taking is proven. Thus, the Court rejects the Defendants' argument on this issue.

The final issue, which is connected with the third issue, is whether the Court should reverse its ruling on the Plaintiffs' motion in limine and for oral reasons assigned, the motion to reconsider is granted. The Defendants are not barred from offering any evidence or soliciting any testimony regarding delinquent property taxes, tax redemptions sales, other lawsuits or judgments involving the tract of land where the proposed subdivision in this case was planned.

Demonstrative exhibits were discussed.

The status conference concluded, and the jury is escorted into the Court to begin voir dire.

Motion by Plaintiffs to strike juror #8 & #11 for cause is GRANTED, without opposition from the Defendants. Plaintiffs' motion to strike juror #19, #18, #16, and #14 is DENIED.

After being found acceptable, the jurors are duly sworn to try the case and are given preliminary instructions by the Court.

The stipulated facts are read to the jury and filed into the record as joint exhibit # 4.

Exhibits are filed.

Counsel presented opening statements.

The jury is excused until 9:00 a.m. on Tuesday, November 1, 2016.

Signed in Baton Rouge, Louisiana, on October 31, 2016.

                                                        **JUDGE JOHN W. deGRAVELLES**
                                                        **UNITED STATES DISTRICT COURT**
                                                        **MIDDLE DISTRICT OF LOUISIANA**

Cv 23; T: 7 hrs
Reporter: G. Delatte-Richard

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| GEORGE W. ROBINSON, JR. AND DEMETRA PARSONS ROBINSON | CIVIL ACTION NO. 13-CV-00375 |
|---|---|
| VERSUS | JUDGE JOHN W. deGRAVELLES |
| CITY OF BATON ROUGE AND THE PARISH OF EAST BATON ROUGE, ET AL. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### JOINT PROPOSED PRE-TRIAL CONFERENCE AGENDA

NOW INTO COURT, through undersigned counsel, come the Parties who suggest the following issues be discussed at the Pre-Trial Conference set for Monday, October 31, 2016 at 8:30 am.

1. Stipulations / Orders regarding presentation of evidence, in light of Ruling on Motion for Summary Judgment, dealing with denial of approval of preliminary plat by Planning Commission;

2. Limitation of testimony to diminished value and lost profits as per the Ruling on Motion for Summary Judgment.

3. Placement of visual aids;

4. Time requested for opening statement and closing arguments (30 minutes per side);

5. Impact of Halloween on jury service / possibility of early recess; and

6. Other stipulations on admissibility of evidence and expected testimony of witnesses under subpoena for admission of documents and establishment of other facts.

7. Discussion of Future Damages and Mr. Robinson's ability to develop subdivision if "lost profits" are allowed.

8. Agreement of qualifications and admissibility of experts (Lakvold and Aguilar)